IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

**FILED**
FEB 19 1997
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EDWARD EARL JONES, | ) | |
| Plaintiff, | ) | |
| vs | ) | CIVIL ACTION NO. 95-HM-0088-J |
| WALKER COUNTY SHERIFF JOE ROBERTSON, CHIEF DEPUTY PAUL KILGORE, and CHIEF JAILER RANDY HARRISON, | ) | **ENTERED** FEB 19 1997 |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this __19th__ day of February, 1997.

_____
E. B. HALTOM, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

**FLORENCE, ALABAMA ADDRESS:**
U. S. District Court

Northern District of Alabama
U. S. Post Office & Courthouse
210 North Seminary Street
P. O. Box 1076
Florence, AL 35630
Telephone: 205/760-8415